ROSE LEDA EHLER (SBN 296523)
*Rose.Ehler@mto.com*
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, CA  90071-3426
Tel: (213) 683-9100
Fax: (213) 687-3702

Attorneys for Motion Picture Association, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In Re 17 U.S.C. §512(h) Subpoena to<br><br>CLOUDFLARE, INC. | Case Number:  2:20-mc-00008<br><br>**REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)** |

1  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE THAT the Motion Picture Association, Inc.
3  through undersigned counsel and its authorized representatives, hereby requests that
4  the Clerk of this Court, pursuant to the Digital Millennium Copyright Act
5  ("DMCA"), 17 U.S.C. § 512(h), issue the attached proposed subpoena to
6  Cloudflare, Inc. to identify alleged infringers, as set forth in the attached notice and
7  declaration of Jan van Voorn.

9  DATED: January 29, 2020        MUNGER, TOLLES & OLSON LLP

11                                 By:    */s/ Rose Leda Ehler*
12                                      ROSE LEDA EHLER

13                              Attorney for Motion Picture Association, Inc.